IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00443-CMA-CBS

CRYSTAL PACHECO,

    Plaintiff,

v.

VANTAGE POINT SERVICES, LLC,

    Defendant.

---

**ORDER OF JUDGMENT**

---

This matter is before the Court on Plaintiff Crystal Pacheco's Motion for Entry of Default Judgment.  (Doc. # 11.)  Having reviewed the motion, and being fully advised in the premises, the Court finds that entry of default judgment in favor of Plaintiff is appropriate.

Accordingly, it is ORDERED that judgment is entered in favor of Plaintiff Crystal Pacheco and against Defendant Vantage Point Services in the amount of $1,000.00 for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).  It is

FURTHER ORDERED that Defendant Vantage Point Services shall pay Plaintiff's reasonable attorney fees in the amount of $2,650.50, plus costs in the amount of $596.62, pursuant to 15 U.S.C. § 1692k(a)(3).  It is

FURTHER ORDERED that post-judgment interest shall accrue at the weekly rate established under 28 U.S.C. § 1961 from the date of entry of judgment.

DATED: July __12__, 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge